SCHWITZERLET-SEIGLER COMPANY *et al. v.* CITIZENS AND
SOUTHERN BANK.

HILL, J. In the present case the special demurrer was met by appropriate amendment to the petition. On the question raised by the general demurrer that the petition did not set out a cause of action, the case is controlled by the principle ruled in the case of *Schwitzerlet-Seigler Company* v. *Citizens & Southern Bank,* decided June 7, 1923; and the

judgment of the trial court in overruling the demurrer to the petition is therefore affirmed.    *Judgment affirmed.   All the Justices concur.*